1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

# SOUTHERN DISTRICT OF CALIFORNIA

10

11   BENSBARGAINS.NET, LLC,,                         CASE NO. 06cv1445 BTM

12                                 Plaintiff,        **ORDER GRANTING REQUEST FOR
                                                     ORAL ARGUMENT AND**
13            vs.                                     **CONTINUING HEARING**

14   XPBARGAINS.COM, ET AL.,

15                                 Defendants.

16   AND RELATED COUNTERCLAIMS.

17
18
19           Plaintiff has requested oral argument on Defendants' motion for summary judgment.

20   The Court **GRANTS** Plaintiff's request and **CONTINUES** the hearing to **July 31, 2007 at 4:00**

21   **p.m.**, at which time the Court will entertain oral argument.

22   **IT IS SO ORDERED.**

23

24   DATED:  June 19, 2007

25

26                                                   Hon. Barry Ted Moskowitz
                                                     United States District Judge
27

28

                                                1                               06cv1445 BTM