1
2
3
4
5
6
7
8              **UNITED STATES DISTRICT COURT**
9              **SOUTHERN DISTRICT OF CALIFORNIA**
10

11    BENSBARGAINS.NET, LLC,,                      CASE NO. 06cv1445 BTM(POR)

12                              Plaintiff,         **ORDER STAYING DISCOVERY**
              vs.
13
      XPBARGAINS.COM, ET AL.,
14
                               Defendants.
15
      AND RELATED COUNTERCLAIMS.
16

17

18

19         The Court hereby **STAYS** discovery until completion of the settlement conference.

20    If the case does not settle, the stay shall be automatically lifted and Magistrate Judge Porter

21    shall issue a scheduling order with a new discovery cut-off date in December, 2007.

22

23    **IT IS SO ORDERED.**

24

25    DATED:  July 31, 2007

26                                          _____
                                            Honorable Barry Ted Moskowitz
27                                          United States District Judge

28

                                            1                          06cv1445 BTM